PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Claudette Petrina Griffin            Docket No. 7:12-MJ-1249-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting an official report upon the conduct of defendant, Claudette Petrina Griffin, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 20th day of December, 2012, under the following conditions:

- Report to the U.S. Probation Office as directed.

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Remain in the Eastern and Middle Districts of North Carolina - not to travel out of the district without prior approval from probation.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Patrick Goodman, Natasha Hooker, Jessie McLaughlin.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Consent to a warrantless search by her probation officer or any officer directed by her probation officer, of the defendant's person, premises or vehicle, to determine compliance with release conditions. The defendant is to inform the probation officer of contact with any law enforcement officer.

Claudette Petrina Griffin
Docket No. 7:12-MJ-1249-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In order to monitor any potential drug use by the defendant, it is recommended that a drug testing condition be added to assist the probation office is ensuring the defendant complies with the conditions of release. The defendant signed a waiver agreeing to this modification and her attorney has no objections to the proposed modification as well.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following additional condition:

1. Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: January 3, 2013 |

### ORDER OF COURT

Considered and ordered this __3__ day of __January__, 2013, and ordered filed and made a part of the records in the above case.

_Robert Jones_
Robert B. Jones, Jr
U.S. Magistrate Judge