UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-MJ-01249-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| V. | ) | |
| | ) | |
| CLAUDETTE PETRINA GRIFFIN | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 9 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

This the __14__ day of January, 2013.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE